IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 28 A 9: 53

Ash-Shakur Shabazz 57268 )
_____ )
Full name and prison number )
of plaintiff(s)             )
                            )
v.                          )   CIVIL ACTION NO. 1:05CV695-T
                            )   (To be supplied by Clerk of
Sheriff Lamar Glover        )    U.S. District Court)
D.A. Doug Valaski           )
Honorable Judge White       )
_____  )
                            )
_____  )
Name of person(s) who violated )
your constitutional rights.  )
(List the names of all the   )
persons.)                    )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number CC05-1132   CC05-1133

4. Name of judge to whom case was assigned Judge White

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) It is still pending

6. Approximate date of filing lawsuit 7/12/05

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 205 Pearl Street Dothan, Alabama 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                    ADDRESS
1. Doug Valaski            P.O. Box 6406 Dothan, AL
2. Lamar Glover            P.O. Box 6406 Dothan, AL 36302
3. Hon. Judge White        P.O. Box 6406 Dothan, AL 36302
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 4/15/05 + 6/16/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Excessive Bail

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I am charge with 2nd degree Rape and Sodomy upon arrest- victim admit it is consentual. I'm not a threat to the victim or to running. First charge in Alabama, should had a more reasonable bail. Having court appearance without attorney or myself

**GROUND TWO:** Denie me to appear in court

**SUPPORTING FACTS:** On 6/16/05 a prelimary hearing was conducted without me being there. I never waived any of my rights. I should been able to attend any court proceeding involving my case

**GROUND THREE:** Court Proceeding without legal representation

**SUPPORTING FACTS:** On 6/16/05 I had a prelimary hearing without me being present or having an attorney representing me or me waiving my rights

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Give me a reasonable bail, dismiss my charges/case

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7/14/05
(Date)

Commission Expires 02, Feb 07'

Signature of plaintiff(s)

4

GROUND FOUR: Refusing me an Attorney

Supporting Fact:
I been incarcerated since 4/15/05 and don't have no legal assistance I wrote numerous letters to Judge White requesting one, but he never respond back. Since my incarceration, I have yet seen or spoke to an attorney. I wrote him on 5/26/05

GROUND FIVE: Refuse Bail Hearing

Supporting Fact: I wrote Judge White the last time being 7/1/05 asking for a bail hearing, To date I have not heard anything from him

GROUND SIX: Due Process

Supporting Fact: I been incarcerated since 5/15/05. Since my incarceration, I have not had a court appearance. Heard from anyone concerning my case, or been given legal representation.