IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASH-SHAKUR SHABAZZ, #57268 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-695-T |
| | ) | (WO) |
| SHERIFF LAMAR GLOVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on August 1, 2005 (Doc. 3), that:

1. Plaintiff's claims against Defendant Glover is dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's challenge to the amount of bail set by the Circuit Court for Houston County is dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff's challenge to the criminal charges pending against him in the Circuit Court of Houston County, Alabama, is dismissed without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case is dismissed in its entirety prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of August, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE