IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ASH-SHAKUR SHABAZZ, #57268        )
                                  )
        Plaintiff,                )
                                  )
v.                                )        1:05-CV-695-T
                                  )          (WO)
SHERIFF LAMAR GLOVER, *et al.*,   )
                                  )
        Defendants.               )

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER,

JUDGMENT, and DECREE of the court as follows:

(1)    The recommendation of the United States Magistrate Judge entered on

       August 1, 2005 (Doc. 3),  is adopted.

(2)    This case be and is hereby DISMISSED prior to service of process pursuant

       to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of August, 2005.


         /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE